United States District Court

Robert Joseph Lumpkin

2:23-CV01091JLR SKV

Motion to Dismiss

Score Jail et al

## Motion to Dismiss

Come Now the plaintiff asking the court to Dismiss Law suit the plaintiff is unable to process case at this time so Im asking court to Dismiss case thank you

Robert Lumpkin — Name

8-14-23 — Date